LOUISE M. JOHNSTON, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued March 8, 1954; decided April 22, 1954.

*Harvey Nachman, Jerome Golenbock* and *Harry C. Hurwitz* for appellant.

*Adrian P. Burke, Corporation Counsel* (*Seymour B. Quel, John J. Lee* and *Fred Iscol* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.